**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:25-cr-18 |
| CHARLES HARMON PORTER, | |
| Defendant. | |

**O R D E R**

The change of plea or Rule 11 hearing having been conducted by the Court with the interrogation by the Court of the defendant and the defendant's attorney at a hearing on the defendant's motion to change the plea and the Court finding that the plea of guilty is made freely, voluntarily and knowingly, it is thereupon,

ORDERED that the plea of guilty by defendant be, and it is, hereby accepted, and it is, hereby ratified and confirmed.

This 12th day of June, 2025.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA